PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION   ☑ INDICTMENT

CASE NO. 2:14-cr-103

Matter Sealed: ☐ Juvenile   ☐ Other than Juvenile
☐ Pre-Indictment Plea   ☐ Superseding   ☐ Defendant Added
☐ Indictment   ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: ESTEBAN SANCHEZ-VILLEGAZ

Address:

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT — Las Vegas
DISTRICT OF NEVADA — Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Ellenrose Jarmolowich
☐ U.S. Atty   ☐ Other U.S. Agency
Phone No. (702) 388-6336

Name of Asst. U.S. Attorney (if assigned): AMBER M. CRAIG

☐ Interpreter Required   Dialect
Birth Date _____
☐ Male   ☐ Alien (if applicable)
☐ Female

FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD
MAR 19 2014
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Social Security Number _____

| PROCEEDING |
|---|

Name of Complainant Agency, or Person (& Title, if any)
Chris Cadagon - DEA

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Atty   ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO. 2:14-mj-167-GWF

Place of offense _____ County _____

| DEFENDANT |
|---|

Issue: ☑ Warrant   ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☐ Currently in State Custody
☑ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD   ☐ CJA   ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts: 35

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21/846 and 841(a)(1) and (b)(1)(A)(viii) | Conspiracy to Distribute a Controlled Substance - Meth | 1 |
| 4 | 21/841(a)(1) and (b)(1)(A)(viii) | Possession of a Controlled Substance-Intent to Distribute | 32 |
| 4 | 922(g)(5)(A) and 924(a)(2) | Illegal Alien in Possession of a Firearm | 33 |