

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| IN THE MATTER OF THE PARTIAL REPORTS OF THE REGULAR GRAND JURY THE  January 22, 2013   TERM. 13-01 | MINUTES OF COURT<br>DATE:  March 19, 2014 @ 11:37 AM – 11:43 AM |
|---|---|

PRESENT:     The Honorable     Cam Ferenbach     , U.S. Magistrate Judge.

DEPUTY CLERK:     Joan Quiros            REPORTER:    Phyllis Anderson

UNITED STATES ATTORNEY:   Susan Cushman       COURTROOM:   3D

A roll call of the Grand Jury is taken with **21** members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There are **0** SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants issue where indicated.

| 2:14-CR-103 | ASHARON BRAVO<br>a.k.a. "Sharon, a.k.a. "Shadow,"<br>JORGE EDUARDO SANCHEZ-GARCIA,<br>a.k.a. Brandon Isai Gutierrez-Manjarrez,<br>a.k.a. "Guero," a.k.a. "El Moro,"<br>TOMAS MARTINEZ-BRAVO<br>a.k.a. "Negro,"<br>HECTOR FERNANDO ZAMBRANO-REYES,<br>DAVID RIVERA- SIFUENTES,<br>a.k.a. "Guero," a.k.a. "Guerillo,"<br>ISRAEL SOTO-MUNOZ,<br>a.k.a. "Cono,"<br>(Above Defendants in LOCAL FEDERAL CUSTODY) | CUSTODY |
| | GILBERTO SALAZAR-GARCIA**<br>ESTEBAN SANCHEZ-VILLEGAZ**<br>**(STATE CUSTODY - CCDC – WRIT FILED) | WARRANTS |
| | LILIA GUZMAN<br>JAVIER LOPEZ-LUCIO<br>(Warrants for above 2 Defendants) | WARRANTS |

| | | |
|---|---|---|
| 2:14-CR-104 | RODOLFO SILBER CORDERO<br>a.k.a "Chapin"<br>**LOCAL FEDERAL CUSTODY** | CUSTODY |
| 2:14-CR-105 | ALEJANDRO EULALIO BARRIOS-PINEDA | WARRANT |
| 2:14-CR-106 | GERARDO CHAVIRA- MELCHOR | WARRANT |
| 2:14-CR-107 | DANIEL MONARREZ-PENA | WARRANT |
| 2:14-CR-108 | MARIA IBARRA- VELASQUES | WARRANT |

**IT IS ORDERED** that the Arraignment & Plea as to: **2:14-CR-103 (Defendants Asharon Bravo, Jorge Eduardo Sanchez-Garcia, Tomas Martinez-Bravo, Hector Fernando Zambrano-Reyes, David Rivera-Sifuentes AND Israel Soto-Munoz)** will be held on **Friday, March 28, 2014 @ 3:00 pm** before **MAGISTRATE JUDGE NANCY J. KOPPE in Courtroom 3C.**

**IT IS ORDERED** that the Initial Appearance/Arraignment & Plea as to: **2:14-CR-103 (Defendants Gilberto Salazar-Garcia and Esteban Sanchez-Villegaz)** will be held on **Friday, March 28, 2014 @ 3:00 pm** before **MAGISTRATE JUDGE NANCY J. KOPPE in Courtroom 3C.**

**IT IS ORDERED** that the Arraignment & Plea as to: **2:14-CR-104 (Defendant Rodolfo Silber Cordero)** will be held on **Thursday, March 27, 2014 @ 3:00 pm** before **MAGISTRATE JUDGE NANCY J. KOPPE in Courtroom 3C.**

**IT IS FURTHER ORDERED** that the Arraignment and Plea as to the remaining cases will be held at the time of the Initial Appearance.

LANCE S. WILSON, Clerk
United States District Court

/S/ Joan Quiros

Deputy Clerk