# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:14-cr-_103_ |
| Plaintiff, | ) ORDER FOR ISSUANCE OF<br>) WRIT OF HABEUS CORPUS<br>) AD PROSEDUENDUM FOR |
| vs. | ) (ESTEBAN SANCHEZ-VILLEGAZ)<br>) (ID#08109711) |
| ESTEBAN SANCHEZ-VILLEGAZ, | ) |
| Defendant. | ) |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said ESTEBAN SANCHEZ-VILLEGAZ before the United States District Court at Las Vegas, Nevada, on or about _3/28/14_ at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

I/A & A/P Fri: 3/28/14
3:00 PM   NJK   3C

DATED: 3/19/2014

_____
UNITED STATES MAGISTRATE JUDGE

1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   AMBER M. CRAIG
3  Assistant United States Attorney
   333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada 89101
   702-388-6336
5

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:14-cr- 103 |
| Plaintiff, ) | PETITION FOR WRIT OF HABEUS CORPUS AD PROSEDUENDUM FOR (ESTEBAN SANCHEZ-VILLEGAZ) (ID#08109711) |
| vs. ) | |
| ESTEBAN SANCHEZ-VILLEGAZ, ) | |
| Defendant. ) | |

The petition of the United States Attorney for the District of Nevada respectfully shows that ESTEBAN SANCHEZ-VILLEGAZ is committed by due process of law in the custody of the Warden, CLARK COUNTY DETENTION CENTER, Las Vegas, Nevada 89101, that it is necessary that the said ESTEBAN SANCHEZ-VILLEGAZ be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said ESTEBAN SANCHEZ-VILLEGAZ may be present before the United States District Court for the District of Nevada, at City, State, I/A & A/P Fri: 3/28/14 3:00 PM NJK 3C , at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said ESTEBAN SANCHEZ-VILLEGAZ before the United States District Court on or at I/A & A/P Fri: 3/28/14 3:00 PM NJK 3C at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by

1 | the United States Magistrate or District Judge for the District of Nevada.

2 | WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, CLARK COUNTY DETENTION CENTER, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said ESTEBAN SANCHEZ-VILLEGAZ before the United States District Court on or about I/A & A/P Fri: 3/28/14 3:00 PM NJK 3C at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, CLARK COUNTY DETENTION CENTER, Las Vegas, Nevada.

DATED this 19th day of March, 2014.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Amber M. Craig

AMBER M. CRAIG
Assistant United States Attorney

2