# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ESTEBAN SANCHEZ-VILLEGAZ,<br><br>Defendant. | Case No.: 2:14-cr-103<br><br>WRIT OF HABEUS CORPUS<br>AD PROSEDUENDUM FOR<br>(ESTEBAN SANCHEZ-VILLEGAZ)<br>(ID#08109711) |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: WARDEN, CLARK COUNTY DETENTION CENTER,
LAS VEGAS, NEVADA, 89101
UNITED STATES MARSHAL FOR THE DISTRICT OF
NEVADA AND ANY OTHER UNITED STATES MARSHAL

### G R E E T I N G S:

WE COMMAND that you have the body of ESTEBAN SANCHEZ-VILLEGAZ, detained in the custody of the Warden, CLARK COUNTY DETENTION CENTER, Las Vegas, Nevada, 89101 before the United States District Court at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or I/A & A/P Fri: 3/28/14  3:00 PM  NJK  3C at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, until the said ESTEBAN SANCHEZ-VILLEGAZ is released and discharged by the said Court; and that you shall thereafter return the said ESTEBAN SANCHEZ-VILLEGAZ to the custody of the Warden, CLARK COUNTY DETENTION CENTER, Las Vegas, Nevada, 89101, under safe and secure conduct, and have you then and there this writ.

DATED: 3/19/2014

_____
UNITED STATES MAGISTRATE JUDGE

ATTEST:

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

03/19/2014   Las Vegas, Nevada
DATE