

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| IN THE MATTER OF THE PARTIAL REPORTS OF THE REGULAR GRAND JURY THE  January 22, 2013  TERM. 13-01 | AMENDED MINUTES OF COURT<br>DATE:  March 19, 2014 @ 11:37 AM – 11:43 AM |
|---|---|

PRESENT:     The Honorable     Cam Ferenbach     , U.S. Magistrate Judge.

DEPUTY CLERK:     Joan Quiros          REPORTER:    Phyllis Anderson

UNITED STATES ATTORNEY:    Susan Cushman     COURTROOM:   3D

A roll call of the Grand Jury is taken with **21** members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There are **0** SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants issue where indicated.

| 2:14-CR-103 | **ASHARON BRAVO** <br>a.k.a. "Sharon, a.k.a. "Shadow," <br>**JORGE EDUARDO SANCHEZ-GARCIA,** <br>a.k.a. Brandon Isai Gutierrez-Manjarrez, <br>a.k.a. "Guero," a.k.a. "El Moro," <br>**TOMAS MARTINEZ-BRAVO** <br>a.k.a. "Negro," <br>**HECTOR FERNANDO ZAMBRANO-REYES,** <br>**DAVID RIVERA- SIFUENTES,** <br>a.k.a. "Guero," a.k.a. "Guerillo," <br>**ISRAEL SOTO-MUNOZ,** <br>a.k.a. "Cono," <br>(Above Defendants in LOCAL FEDERAL CUSTODY) | **CUSTODY** |
| | **GILBERTO SALAZAR-GARCIA**\*\* <br>**ESTEBAN SANCHEZ-VILLEGAZ**\*\* <br>\*\*(STATE CUSTODY - CCDC – WRIT FILED) | **WARRANTS** |
| | **LILIA GUZMAN** <br>**JAVIER LOPEZ-LUCIO** <br>(Warrants for above 2 Defendants) | **WARRANTS** |

Stamp: FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD — MAR 19 2014 — CLERK US DISTRICT COURT DISTRICT OF NEVADA — BY: _____ DEPUTY

| | | |
|---|---|---|
| 2:14-CR-104 | RODOLFO SILBER CORDERO<br>a.k.a "Chapin"<br>**LOCAL FEDERAL CUSTODY** | CUSTODY |
| 2:14-CR-105 | ALEJANDRO EULALIO BARRIOS-PINEDA | WARRANT |
| 2:14-CR-106 | GERARDO CHAVIRA- MELCHOR | WARRANT |
| 2:14-CR-107 | DANIEL MONARREZ-PENA | WARRANT |
| 2:14-CR-108 | MARIA IBARRA- VELASQUEZ | WARRANT |

**IT IS ORDERED** that the Arraignment & Plea as to: **2:14-CR-103 (Defendants Asharon Bravo, Jorge Eduardo Sanchez-Garcia, Tomas Martinez-Bravo, Hector Fernando Zambrano-Reyes, David Rivera-Sifuentes AND Israel Soto-Munoz)** will be held on **Friday, March 28, 2014 @ 3:00 pm** before **MAGISTRATE JUDGE NANCY J. KOPPE in Courtroom 3C.**

**IT IS ORDERED** that the Initial Appearance/Arraignment & Plea as to: **2:14-CR-103 (Defendants Gilberto Salazar-Garcia and Esteban Sanchez-Villegaz)** will be held on **Friday, March 28, 2014 @ 3:00 pm** before **MAGISTRATE JUDGE NANCY J. KOPPE in Courtroom 3C.**

**IT IS ORDERED** that the Arraignment & Plea as to: **2:14-CR-104 (Defendant Rodolfo Silber Cordero)** will be held on **Thursday, March 27, 2014 @ 3:00 pm** before **MAGISTRATE JUDGE NANCY J. KOPPE in Courtroom 3C.**

**IT IS FURTHER ORDERED** that the Arraignment and Plea as to the remaining cases will be held at the time of the Initial Appearance.

LANCE S. WILSON, Clerk
United States District Court

/S/ Joan Quiros

Deputy Clerk