*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ESTEBAN SANCHEZ-VILLEGAZ,<br><br>Defendant. | 2:14-cr-103-GMN-VCF<br><br>ORDER FOR ISSUANCE OF *WRIT OF HABEAS CORPUS AD PROSEQUENDUM* FOR ESTEBAN SANCHEZ-VILLEGAZ (DOB 1/31/91) |

Upon reading the Petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a *Writ of Habeas Corpus Ad Prosequendum* issue out of this Court, directing the production of the body of the said ESTEBAN SANCHEZ-VILLEGAZ to the Lloyd D. George Federal Courthouse, via the custody of the United States Marshal for the District of Nevada, 333 South Las Vegas, Nevada 89101, on April 4, 2014, to be arraigned and make his initial appearance on an arrest warrant before the Honorable Magistrate Judge Carl Hoffman.

Dated this 31st day of March, 2014.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

3

DANIEL G. BOGDEN
United States Attorney
AMBER M. CRAIG
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX:  (702) 388-6698

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ESTEBAN SANCHEZ-VILLEGAZ,<br><br>Defendant. | **2:14-cr-103-GMN-VCF**<br><br>PETITION FOR *WRIT OF HABEAS CORPUS AD PROSEQUENDUM* FOR ESTEBAN SANCHEZ-VILLEGAZ (DOB 1/31/91) |

The Petition of the United States Attorney for the District of Nevada respectfully shows that ESTEBAN SANCHEZ-VILLEGAZ is committed by due process of law to the custody of Peter Mercado, Supervisory Detention and Deportation Officer with the Las Vegas office of the Department of Homeland Security, 33373 Pepper Lane, Las Vegas, Nevada 89120.  It is necessary that said ESTEBAN SANCHEZ-VILLEGAZ be released to the custody of the United States Marshal for the District of Nevada, 333. South Las Vegas Boulevard, Las Vegas, Nevada 89101, on April 4, 2014, so that he may be arraigned and make his initial appearance on an arrest warrant issued on March 19, 2014, by the Honorable Magistrate Judge Cam Ferenbach.

That the presence of the said ESTEBAN SANCHEZ-VILLEGAZ at the United States Marshal for the District of Nevada, 333. South Las Vegas Boulevard, Las Vegas, Nevada 89101, on April 4, 2014, has been approved by the United States Magistrate Judge for the District of Nevada.

WHEREFORE, Petitioner respectfully prays that a *Writ of Habeas Corpus Ad*

1

*Prosequendum* issue out of this Court, directed to Peter Mercado, Supervisory Detention and Deportation Officer with the Las Vegas office of the Department of Homeland Security, 33373 Pepper Lane, Las Vegas, Nevada 89120, and the United States Marshal for the District of Nevada, commanding them to produce the said ESTEBAN SANCHEZ-VILLEGAZ to the United States Marshal for the District of Nevada, 333 South Las Vegas Boulevard, Las Vegas, Nevada 89101, on April 4, 2014.

DATED this 31st day of March, 2014.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Amber M. Craig*              .
AMBER M. CRAIG
Assistant United States Attorney