*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
*-oOo-*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ESTEBAN SANCHEZ-VILLEGAZ,<br><br>　　　　　Defendant. | **2:14-cr-103-GMN-VCF**<br><br>PETITION FOR *WRIT OF HABEAS CORPUS AD PROSEQUENDUM* FOR ESTEBAN SANCHEZ-VILLEGAZ (DOB 1/31/91) |

TO:　PETER MERCADO, SUPERVISORY DETENTION AND DEPORTATION OFFICER OF THE LAS VEGAS OFFICE OF THE DEPARTMENT OF HOMELAND SECURITY; UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL

G R E E T I N G S :

WE COMMAND that you have the body of ESTEBAN SANCHEZ-VILLEGAZ, detained in the custody of Peter Mercado, Supervisory Detention and Deportation Officer with the Las Vegas office of the Department of Homeland Security, 33373 Pepper Lane, Las Vegas, Nevada 89120, at the Lloyd D. George Federal Courthouse, via custody of the United States Marshal for the District of Nevada, 333 South Las Vegas Boulevard, Las Vegas, Nevada 89101, on April 4, 2014, so that he may be arraigned and make his initial appearance on an arrest warrant before the Honorable

//
//
//
//
//
//
//

1  Magistrate Judge Carl Hoffman, under safe and secure conduct, and have you then and there this
2  writ.
3         Dated this 31st day of March, 2014.

                                             _____
                                             HONORABLE CAM FERENBACH
                                             UNITED STATES MAGISTRATE JUDGE

ATTEST:

LANCE S. WILSON  
CLERK  
*Lance S. Wilson*  
(By) DEPUTY CLERK

03/31/2014   Las Vegas, Nevada  
DATE

                 Deputy

2