Case 2:14-cr-00103-GMN-VCF   Document 56 *SEALED*   Filed 03/19/14   Page 2 of 3

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) |
| v. | ) |
| Esteban Sanchez-Villegaz | ) Case No. 2:14-cr-103 |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **ESTEBAN SANCHEZ-VILLEGAZ**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A)(viii) - Conspiracy to Distribute a Controlled Substance
21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) - Possession of a Controlled Substance with Intent to Distribute; Aiding and Abetting
18 U.S.C. 922(g)(5)(A) and 924(a)(2) - Illegal Alien in Possession of a Firearm

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

03/19/2014   Las Vegas, Nevada
DATE

RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
APR 10 2014
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

### Return

This warrant was received on *(date)* 3/19/14, and the person was arrested on *(date)* 4/4/14
at *(city and state)* LAS VEGAS, NV.

Date: 4/7/14

by 6M.
*Arresting officer's signature*

*Printed name and title*