**STIP**
RICHARD E. TANASI, ESQ.
Nevada Bar No. 9699
**TANASI LAW OFFICES**
1148 So. Maryland Parkway
Las Vegas, NV 89104
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
Email: rtanasi@tanasilaw.com
*Attorney for Defendant LILIA GUZMAN*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ASHARON BRAVO,<br>a.k.a. "Sharon,"<br>a.k.a. "Shadow,"<br>JORGE EDUARDO SANCHEZ-GARCIA,<br>a.k.a. Brandon Isai Gutierrez-Manjarrez,<br>a.k.a. "Guero,"<br>a.k.a. "El Moro,"<br>TOMAS MARTINEZ-BRAVO<br>a.k.a. "Negro,"<br>HECTOR FERNANDO ZAMBRANO-REYES,<br>DAVID RIVERA-SIFUENTES,<br>a.k.a. "Guero,"<br>a.k.a. "Guerillo,"<br>ISRAEL SOTO-MUNOZ,<br>a.k.a. "Cono,"<br>GILBERTO SALAZAR-GARCIA,<br>ESTEBAN SANCHEZ-BILLEGAZ,<br>LILIA GUZMAN, and<br>JAVIER LOPEZ-LUCIO<br><br>Defendants. | Case No.: 2:14-cr-00103<br><br>**STIPULATION TO CONTINUE CALENDAR CALL AND TRIAL**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Daniel G. Bogden, United States Attorney, and Amber M. Craig, Assistant United States Attorney, and Defendant, ASHARON BRAVO, by and through her

attorneys, Dowon S. Kang, Rsmussen & Kang, Defendant, JORGE EDUARDO SANCHEZ-GARCIA, by and through his attorneys, Gary Modafferi, Turco & Draskovich LLP, Defendant, TOMAS MARTINEZ-BRAVO, by and through his attorney, Michael Ryan Pandullo, Defendant, HECTOR FERNANDO ZAMBRANO-REYES, by and through his attorney, Osvaldo E Fumo, Osvaldo E. Fumo, Chtd, Defendant, DAVID RIVERA-SIFUENTES, by and through his attorney, Jess R. Marchese, Law Office of Jess R. Marchese, Defendant, ISRAEL SOTO-MUNOZ, by and through his attorney, Chris T Rasmussen, Rasmussen & Kang LLC., Defendant, GILBERTO SALAZAR-GARCIA, by and through his attorney, Joel Mann, Law Office of Joel M. Mann, Defendant, ESTEBAN SANCHEZ-VILLEGAZ, by and through his attorney, Brian James Smith, Law Office of Brian J. Smith, Ltd., Defendant, LILIA GUZMAN, by and through her attorney, Richard E. Tanasi of Tanasi Law Offices, and Defendant, JAVIER LOPEZ-LUCIO, by and through his attorney, Thomas A. Ericsson, Oronoz & Ericsson, LLP, that the Calendar Call in the above-captioned matter, now scheduled for May 5, 2014, at the hour of 9:00 a.m., be vacated and continued to a date and time convenient to the Court, not less than 120 days from the current setting.  The parties also request all related trial deadlines, including but not limited to, pretrial motion deadlines shall also be continued accordingly.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that the Trial in the above-captioned matter, now scheduled for May 12, 2014, at the hour of 9:00 a.m., be vacated and continued to a date and time convenient to the Court, not less than 120 days from the current setting.

This is the first request for a continuance of the Calendar Call and Trial dates.

Pursuant to General Order No. 2007-04, this Stipulation is entered into for the following reasons:

1. A large volume of discovery has recently been made available.

2. Additionally, denial of this request for continuance of trial, calendar call, and pretrial motin deadlines could result in a miscarriage of justice.

3. For all of the above-stated reasons, the ends of justice would best be served by a continuance of the Calendar Call and Trial dates.

- 2-

4. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(A), considering the factors under 18 U.S.C. Sections 3161(h)(8)(B)(i) and (iv).

DATED this ____ day of April, 2014.

DANIEL G. BOGDEN
United States Attorney

/s/ *Amber M. Craig*             /s/ *Dowon S. Kang*
AMBER M. CRAIG, ESQ        DOWON S. KANG, ESQ
Assistant United States Attorney    Counsel for Defendant
                                           ASHARON BRAVO


/s/ *Gary Modafferi*             /s/ *Thomas A. Ericsson*
GARY MODAFFERI, ESQ        THOMAS A. ERICSSON, ESQ
Counsel for Defendant           Counsel for Defendant
JORGE EDUARDO              JAVIER LOPEZ-LUCIO
SANCHEZ-GARCIA


/s/ *Michael Ryan Pandullo*     /s/ *Osvaldo E. Fumo*
MICHAEL RYAN               OSVALDO E. FUMO, ESQ
PANDULLO, ESQ               Counsel for Defendant
Counsel for Defendant           HECTOR FERNANDO
TOMAS MARTINEZ-BRAVO   ZAMBRANO-REYES


/s/ *Jess R. Marchese*            /s/ *Chris T. Rasmussen*
JESS R. MARCHESE, ESQ       CHRIS T. RASMUSSEN, ESQ
Counsel for Defendant           Counsel for Defendant
DAVID RIVERA-SIFUENTES    ISRAEL SOTO-MUNOZ


/s/ *Joel Mann*                   /s/ *Richard E. Tanasi*
JOEL MANN, ESQ               RICHARD E. TANASI, ESQ
Counsel for Defendant           Counsel for Defendant
GILBERTO SALAZAR-GARCIA   LILIA GUZMAN

TANASI LAW OFFICES
1148 So. Maryland Pkwy.
Las Vegas, Nevada 89104
702-906-2411 • Fax 866-299-5274

1  RICHARD E. TANASI, ESQ.
   Nevada Bar No. 9699
2  **TANASI LAW OFFICES**
   1148 So. Maryland Parkway
3  Las Vegas, NV 89104
   Telephone: (702) 906-2411
4  Facsimile: (866) 299-5274
   Email: rtanasi@tanasilaw.com
5  *Attorney for Defendant LILIA GUZMAN*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00103 |
| Plaintiff, | |
| vs. | **FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |
| ASHARON BRAVO, a.k.a. "Sharon," a.k.a. "Shadow," JORGE EDUARDO SANCHEZ-GARCIA, a.k.a. Brandon Isai Gutierrez-Manjarrez, a.k.a. "Guero," a.k.a. "El Moro," TOMAS MARTINEZ-BRAVO a.k.a. "Negro," HECTOR FERNANDO ZAMBRANO-REYES, DAVID RIVERA-SIFUENTES, a.k.a. "Guero," a.k.a. "Guerillo," ISRAEL SOTO-MUNOZ, a.k.a. "Cono," GILBERTO SALAZAR-GARCIA, ESTEBAN SANCHEZ-BILLEGAZ, LILIA GUZMAN, and JAVIER LOPEZ-LUCIO | |
| Defendants. | |

. . .

. . .

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

A. The parties have stipulated to continue the calendar call and trial dates as presently scheduled.

B. This Court, being convinced that adequate showing has been made that were this request for continuance to be denied, counsel would not have the necessary time to effectively prepare for trial, taking into account the exercise of due diligence, and a miscarriage of justice could result, based on the following:

1. A large volume of discovery has recently been made available.

2. Additionally, denial of this request for continuance could result in a miscarriage of justice.

3. For all of the above-stated reasons, the ends of justice would best be served by a continuance of the Calendar Call, Trial dates, and pretrial motion deadlines.

4. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(A), considering the factors under 18 U.S.C. Sections 3161(h)(8)(B)(i) and (iv).

### ORDER

IT IS HEREBY ORDERED that the Calendar Call currently scheduled for May 5, 2014, at the hour of 9:00 a.m., be vacated and continued to _____, 20_____, at the hour of _____ .m.; and

IT IS FURTHER ORDERED that the Trial currently scheduled May 12, 2014, at the hour of 9:00 a.m., be vacated and continued to _____, 20_____, at the hour of _____ .m.

DATED this ____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE